IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | No. 09-40049-01-KHV |
| GREGORY D. CROSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On March 11, 2010, after a jury trial, the late Honorable Richard D. Rogers sentenced defendant to 262 months in prison and three years of supervised release for attempted bank robbery and conveying false information related to bomb threats.  This matter is before the Court on Defendant's Motion To Transfer Supervised Release To [] Seattle, Washington (Doc. #233) filed October 7, 2024 and Defendant's Supplemental Motion And Amended [Motion] To Transfer Of Supervised Release To Washington Or Florida (Doc. #235) filed November 21, 2024.  For reasons stated below, the Court overrules defendant's motions.

With good time credit, defendant's projected release date is May 1, 2029.  About one year ago, defendant asked to be released to Las Vegas, Nevada or Seattle, Washington, or alternatively to Kansas City, Kansas where he could help act as caregiver for his siblings. Defendant's Motion To Modify Sentence (Doc. #219) filed December 6, 2023 at 5; Defendant's Amendment To Motions (Doc. #220) filed December 6, 2023 at 1–3.  Now, defendant asks that the Court transfer his supervised release either to Seattle, Washington (Western District of Washington) or Kissimmee, Florida (Middle District of Florida).  Because defendant's expected release date is more than four years away, the Court overrules as premature his request to

transfer supervised release. In addition, defendant should first submit any future request to his case manager and his probation officer, who can evaluate at that time whether such a transfer is appropriate.

**IT IS THEREFORE ORDERED** that Defendant's Motion To Transfer Supervised Release To [] Seattle Washington (Doc. #233) filed October 7, 2024 is **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Supplemental Motion And Amended [Motion] To Transfer Of Supervised Release To Washington Or Florida (Doc. #235) filed November 21, 2024 is **OVERRULED**.

Dated this 11th day of December, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge