IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                          Plaintiff,            )<br>                                                              )              CRIMINAL ACTION<br>v.                                                          )<br>                                                              )              No. 09-40049-01-KHV<br>GREGORY D. CROSBY,                     )<br>                                                              )<br>                          Defendant.         )<br>_____)| |

**MEMORANDUM AND ORDER**

On August 7, 2025, the Court overruled in part and dismissed in part Defendant's Motion For Reduction of Sentence Under Second Chance Act Or Motion In Alternative To Be Released To A RRC Center, Per Court Supervision Or Guidelines – FSA Act Non-Extraordinary (Doc. #237) filed July 14, 2025.  See Memorandum And Order (Doc. #239).  This matter is before the Court on Defendant's Reply In [] Opposition To The Government's Response Motion To Modify (Doc. #240) filed August 18, 2025.  Defendant argues that he is entitled to relief based on the Court's own discretion.  See Defendant's Reply (Doc. #240) at 4.  As explained in the Memorandum And Order (Doc. #239), Congress has set forth only three limited circumstances in which a court may modify a sentence: (1) upon motion of the BOP Director or defendant under Section 3582(c)(1)(A); (2) when "expressly permitted by statute or by Rule 35" of the Federal Rules of Criminal Procedure; and (3) when defendant has been sentenced "based on a sentencing range that has subsequently been lowered by the Sentencing Commission."  18 U.S.C. § 3582(c).  The Court liberally construed defendant's motion to reduce sentence as both a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) and a motion for relief under the Second Chance Act of 2007, 122 Stat. 657.  For substantially the reasons stated in the prior

order, defendant is not entitled to relief under either statute.[1]

**IT IS SO ORDERED**.

Dated this 8th day of September, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

---

[1]  Defendant apparently prepared and mailed his reply before he received a copy of the Court's Memorandum And Order (Doc. #239). Because defendant's reply does not address the ruling on his motion, the Court declines to construe the reply brief as a motion to reconsider.

-2-